COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, | § | No. 08-10-00065-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| MARIA ESQUIVEL, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2008-4910) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1). Appellant represents that it no longer wishes to pursue the appeal and requests this Court enter an order dismissing the appeal. Appellee has not objected to the motion, and there is no indication that dismissal would prevent Appellee from seeking the relief to which she would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). We therefore grant Appellant's motion and dismiss the appeal.[1] As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

April 21, 2010

Before Chew, C.J., McClure, and Rivera, JJ.

---

[1] Because we grant Appellant's motion to dismiss the appeal, we deny Appellee's motion to dismiss the appeal as moot.